```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 09500
   JOSEPH A BONGIORNO JR
   SHARI A BONGIORNO                          CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0429    SSN XXX-XX-9555

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/16/2005 and was confirmed 06/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  23.63% from remaining funds.

     The case was paid in full 03/26/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                              PAID              PAID
--------------------------------------------------------------------------
FLEET                      NOTICE ONLY     NOT FILED            .00                .00
IRWIN MORTGAGE             NOTICE ONLY     NOT FILED            .00                .00
ABN AMRO MORTGAGE GROUP    CURRENT MORTG         .00            .00                .00
ABN AMRO MORTGAGE GROUP    MORTGAGE ARRE      150.00            .00             150.00
CITICORP CREDIT SERVICES   UNSECURED       NOT FILED            .00                .00
MALCOLM S GERALD           UNSECURED       NOT FILED            .00                .00
MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED            .00                .00
MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED            .00                .00
NORTH AMERICAN CREDIT SE   UNSECURED       NOT FILED            .00                .00
B-FIRST LLC                UNSECURED        35029.16            .00            8278.09
B-FIRST LLC                UNSECURED         5390.49            .00            1273.88
CITI CARD                  UNSECURED       NOT FILED            .00                .00
DISCOVER FINANCIAL SERVI   UNSECURED         5889.61            .00            1391.83
LVNV FUNDING LLC           UNSECURED OTH    2557.86             .00             604.22
GROVE DENTAL ASSOC         UNSECURED       NOT FILED            .00                .00
NATIONAL LOAN RECOVERIES   UNSECURED         6132.53            .00            1449.24
ECAST SETTLEMENT CORP      UNSECURED        13337.86            .00            3152.00
NATIONAL LOAN RECOVERIES   UNSECURED        22951.87            .00            5423.99
VILLAGE OF BROADVIEW       UNSECURED       NOT FILED            .00                .00
MORTGAGE ELETRONIC REGIS   COST OF COLLE         .00            .00                .00
PEGGY ANN DOHENY           REIMBURSEMENT      196.00            .00             196.00
BANK OF AMERICA NA         UNSECURED             .00            .00                .00
MORTGAGE ELECTRONIC        NOTICE ONLY     NOT FILED            .00                .00
PEGGY ANN DOHENY           DEBTOR ATTY        850.00                            850.00
TOM VAUGHN                 TRUSTEE                                             1,350.75
DEBTOR REFUND              REFUND                                                263.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    24,383.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 09500 JOSEPH A BONGIORNO JR & SHARI A BONGIORNO
```

```
PRIORITY                                                    196.00
SECURED                                                     150.00
UNSECURED                                                21,573.25
ADMINISTRATIVE                                              850.00
TRUSTEE COMPENSATION                                      1,350.75
DEBTOR REFUND                                               263.00
                                    ---------------    ---------------
TOTALS                                    24,383.00          24,383.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 06/26/08                         /s/ Tom Vaughn
                                                _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE